Rosa K. HENDRIX, Respondent v. Richard G. FRANKLIN, Mary E. Franklin, William J. McLaughlin, and Service Corporation of South Carolina, Defendants, of whom Richard G. Franklin, Mary E. Franklin and William J. McLaughlin are Petitioners.

(362 S. E. (2d) 645)

Supreme Court

## Nov. 30, 1987.

## ORDER

The writ of certiorari issued by this Court to review the decision of the Court of Appeals in *Hendrix v. Franklin*, 292 S. C. 138, 355 S. E. (2d) 273 (Ct. App. 1986) is dismissed as improvidently granted.

SOUTH CAROLINA COASTAL COUNCIL, a State Agency, Petitioner v. Daniel A. VOGEL, Jr., and Grace A. Vogel, Respondent.

(362 S. E. (2d) 646)

Supreme Court

## Dec. 2, 1987.

## ORDER DISMISSING APPEAL

The above entitled case is pending on appeal in this Court. It now appears that Petitioner wishes to withdraw the appeal and moves the Court for an Order dismissing the appeal.

IT IS ORDERED that the above captioned appeal be and hereby is dismissed.